LAW OFFICES OF

# JOSEPH V. SORRENTINO, PLLP

404 MANOR ROAD
STATEN ISLAND, NY 10314
(718) 720-4943
FAX (718) 720-5009

ADMITTED IN NEW YORK
AND NEW JERSEY

Of Counsel
Andrew John Calcagno, Esq. †
Timothy Forsyth, Esq. †
† Admitted in New York, New Jersey,
Pennsylvania and The District of Columbia

NEW JERSEY OFFICE
213 South Avenue East
Second Floor
Cranford, NJ 07016
(201)656-6525

July 25, 2012

**VIA ECF**
The Honorable Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. James Pascale*
*Docket No. 12-CR-00414(FB)*

Dear Judge Block:

Please be advised that I represent Mr. James Pascale in the above-referenced matter. Mr. Pascale is currently at liberty with travel restrictions within the Eastern District of New York, the Southern District of New York and the District of New Jersey.

With the concurrence of the government by Assistant U.S. Attorney Tanisha Payne and U.S. Pretrial Officer Brian Manganaro, we are respectfully seeking to enlarge Mr. Pascale's pretrial travel restrictions to include traveling by for work related purposes to Dallas, Texas from Thursday, August 16, 2012 through Sunday August 19, 2012. He will, of course, inform Pretrial Services of his exact travel and lodging arrangements.

Respectfully submitted,

JOSEPH V. SORRENTINO, ESQ.

JVS:lq

So Ordered:

_____
The Honorable Frederic Block, U.S.D.J.

c: Assistant U.S. Attorney Tanisha Payne
U.S. Pretrial Officer Brian Manganaro - via facsimile: 718-613-2568